# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FRED B. GAMES, MARY V. GAMES, and VALLIE J. WEST

    *Plaintiff(s)*

v.

Civil Action No. 5:17-CV-101

CHESAPEAKE APPALACHIA, LLC and SWN PRODUCTION COMPANY, LLC

    *Defendant(s)*

FILED JUL 16 2018 U.S. DISTRICT COURT-WVND WHEELING, WV 26003

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

other: IT IS ORDERED that SWN's Motion for Summary Judgment is GRANTED, and it is further ORDERED that this civil action is DISMISSED and STRICKEN from the active docket of this Court.

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

I

Date: July 16, 2018

CLERK OF COURT
Cheryl Dean Riley

By: *A.O - Abraham*

*Signature of Clerk or Deputy Clerk*